United States District Court
Southern District of New York

**15CV4915**

Desmond M. Witherspoon

Plaintiff

Desmond M. Witherspoon

vs

Defendant

Complaint

Raymour & Flanigan, Sony Electronics, Honma Golf Co., LTD international Dept, Champagne Cattier, Philips, Paramount Rutger Park, Showtime, Starz Ent., U.S. District Court Eastern District of New York, U.S. District Court Southern District, Beats Electronics llc, Leisure Pro LTd., Ripley's, Craftsmen, PYE, Tower Records, And1, NBA Media Ventures llc, Jive Records, Young Money Records, Shutterstock.com, U.S. Department of Interior

RECEIVED JUN 23 2015 PRO SE OFFICE

Parties: Desmond M. Lotherspoon  296 Ninth Ave N.Y., N.Y.

Defendants: Raymour & Flanigan (Raymours Funiture Co Inc) Liverpool, N.Y. 13088 USA

Sony Electronics: 16 530 Via Esprillo San Diego C.A. 92127, US Building 1

Honma Golf: 81st Fl. Shanghai World Financial No. 100 Century, Pudong New Area, Shanghai

Philips: High Tech Campus 5 5656 AE Eindhoven The Netherlands

Paramount: 5555 Melrose Ave Ste 121 Hollywood C.A. 90038

Rutgar Park: W 155th St 8th Ave New York, N.Y. 10039

Showtime: 1633 Broadway New York, N.Y.

Starz Ent: 8900 Liberty Cir, Englewood Co 80112

Beats Electronics: 1601 Cloverfield Blvd Suite 5000 N Santa Monica, C.A. 90404

Leisure Pro LTD: 42 W 18th St New York, N.Y. 10011

Ripley's: 234 W 42nd St New York, N.Y. 10036

United States District Court Eastern District of New York: 225 Cadman Plaza Bkly, N.Y. 11201

United States District Court Southern District of New York: 500 Pearl St. New York, N.Y.

F.Y.E. - 1425 Central Ave Albany N.Y. 12205

Tower Records - 1618 Broadway Sacramento, CA.

And 1: 101 Enterprise, Ste 200 Aliso Viejo CA. 92656

NBA Media Ventures: 590 5th Ave New York, N.Y. 10036

RCA Records: 550 Madison Ave New York, NY.

Jive Records: 550 Madison Ave New York, NY.

Young Money Records: 1755 Broadway New York, N.Y.

Shutterstock.com: 350 Fifth Ave 21 Fl New York, N.Y. 10118

U.S. Dept. of Interior: Washington, D.C.

The jurisdiction of this court is invoked pursuant to:

5 USC 133

Statement of Claim: Reorganization of Government Entities

Remedy: Service Agreement

6/19/15

Desmond M. Witherspoon

USM5W
SDNY7

To: United States District Court
Southern District of New York
Clerk's Office

From: Desmond M. Witherspoon
796 Ninth Ave New York, N.Y.

6/18/15

RECEIVED
S.D.N.Y. PRO SE OFFICE
2015 JUN 23 A 8:46