USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2015

United States District Court

Southern District of New York

Desmond M. Witherspoon

Plaintiff,

Desmond M. Witherspoon

- vs -

Defendant(s)

Raymour & Flanigan, Rivera,

Governor's office of motion Picture and Television,

Tompkins, Greg Gidney

Notice of motion

1: 2015-cv-04915
1: 2015-cv-04328
1: 2015-cv-04333
1: 2015-cv-04329
15-cv-4628 (UA)

Please take notice that upon the annexed affidavit or affirmation Desmond M. Witherspoon sworn to or affirmed July 2, 2015.

Move this court to rule in favor of Plaintiff.

7/2/15

Desmond M. Witherspoon

United States District Court
Southern District of New York
Desmond M. Wotherspoon

**15CV5254**

Plaintiff,
Desmond M. Wotherspoon
-vs-
Defendant(s)
Raymour & Flanigan, Rivera, Governors office
of motion Picture and television, Tompkins, Greg Gidney

Affidavit / Affirmation

1:2015-cv-04915
1:2015-cv-04328
1:2015-cv-04333
1:2015-cv-04329
15-cv-4628(UA)

Wherefore, I respectfully request that the court grant the within motion, as well as such other relief that may be just and proper

I declare under penalty of perjury that the foregoing is true and correct

7/2/15

Desmond M. Wotherspoon

Rec'd SDNY Pro Se Office 7/6/15

USM5W SDNY

To: United States District Court
Southern District of New York

From: Desmond M. Wotherspoon
2690 Ninth Ave New York, NY

RECEIVED
SDNY PRO SE OFFICE
2015 JUL -1   A 8:41