Raymour & Flanigan Service Agreement

case number?
1:15-cv-04915-LAP
Defendant 1

Sponsor:

Endorser: Desmond M. Witherspoon as endorser to Raymour & Flanigan for a lump sum of $50,000 per year

Investor: Desmond M. Witherspoon as investor to Raymour & Flanigan for a lump sum of $60,000 per year

Shareholder: Desmond M. Witherspoon as shareholder & Flanigan for a lump sum of $70,000 per year



RECEIVED DEC 11 2015 PRO SE OFFICE

Terms and Conditions are subject to change

D.W.

Sony Electronics        Service Agreement

Case number:
1:15-cv-04915-LAP

Defendant 2

Sponsor: 5 shares, Unlimited Gift cards to purchase sony electronic products

Endorse: Desmond M. Witherspon as endorser to Sony electronics for a lump sum of $50,000 per year

Investor: Desmond M. Witherspon as Investor to sony electronics for a lump sum of $60,000 per year.

Shareholder: Desmond M. Witherspon as shareholder to sony electronics for a lump sum of $70,000 per year

Endorsements:

Marketing:

Lifetime guarantee

Terms and conditions are subject to change

Homma Golf Co   Service Agreement

Case number
1:15-cv-04915-LAP

Defendants

Sponsor: 5 shares. Unlimited Homma Golf gift cards to purchase Homma Golf products.

Investor: Desmond M. Witherspoon as Investor to Homma Golf co. for a lump sum of $50,000 per year

Shareholder: Desmond M. Witherspoon as shareholder to Homma Golf co for a lump sum of $70,000 per year.

Marketing:

lifetime guarantee

Terms and conditions are subject to change

Phillps     Service Agreement

Case number
1:15cv04915-LAP

Defendant 4

Endorsements! Unlimited phillips products

Marketing!

lifetime guarante
Terms and conditions are subject to change

LTD International Dept Service Agreement

Case number
1:15-cv-04915-LAP

Defendants

Sponsor: 5 shares

Investor: Desmond M. Witherspoon as Investor to LTD International Dept for a lump sum $50,000 per year

Shareholder: Desmond M. Witherspoon as shareholder to LTD International Dept. for a lump sum of $70,000 per year

lifetime guarantee

Terms and conditions are subject to change

Paramount Service Agreement

Sponsor: Paramount

Investor: Desmond M. Witherspoon as Investor to Paramount for a lump sum of $60,000 per year.

Endorse: Desmond M. Witherspoon as Endorser to Paramount for a lump sum of $50,000 per year

Shareholder: Desmond M. Witherspoon as shareholder to Paramount for a lump sum of $70,000 per year

Marketing:

Stuntman:

Terms and conditions are subject to change

Showtime   Service Agreement

Case number
1:15-cv-04915-LAP

Defendant 7

Sponsor: Showtime sponsors Desmond M. Lutherspoon
Sonar Productions llc inc sponsors showtime.

Endorse: Desmond M. Witherspoon as Endorser to showtime for a lump sum of $50,000 per year.
Sonar Productions llc inc as Endorser to showtime for a lump sum of $80,000 per year.

Investor: Desmond M. Witherspoon as Investor to showtime for $60,000 per year.
Sonar Productions llc inc as Investor to showtime for a lump sum of $90,000 per year.

Shareholder: Desmond M. Witherspoon as shareholder to showtime for a lump sum of $70,000 per year.
Sonar Productions llc inc as shareholder to Showtime for a lump sum of $100,000 per year.

Marketing:

Executive Producer: agreement unavailable untill futher notice

lifetime gaureente
Terms and conditions are subject to change

Starz Ent Service Agreement

Case number
1:15-cv-04915-LAP

Defendant 8

Sponsor: Starz Ent sponsors Desmond M. Witherspoon
Sonar Productions llc inc as sponsor to starz ent.

Endorse: Desmond M. Witherspoon as endorser to starz ent for a lump sum of $50,000 per year.
Sonar Productions llc inc as endorser to starz ent for a lump sum of $80,000 per year.

Investor: Desmond M. Witherspoon as Investor to starz ent for a lump sum of $60,000 per year
Sonar Productions llc inc as Investor to Starz Ent. for a lump sum of $90,000 per year.

Shareholder: Desmond M. Witherspoon as shareholder to starz Ent for a lump sum of $70,000 per year.
Sonar Productions llc inc as shareholder to starz Ent for a lump sum of $100,000 per year.

Marketing:

Executive Producer: Agreement unavailable until further notice

lifetime gaurantee
Terms and conditions are subject to change.

# U.S. District Court Eastern District of New York
## Service Agreement

Case number
1:15-cv-04915
LAP
Defendant 9

**Sponsor:** U.S. District Court Eastern District of New York as sponsor to Desmond M. Witherspoon

Unlimited lawsuits amount, All court Fees,

**Endorse:** Desmond M. Witherspoon as endorser to U.S. District Court Eastern District of New York for a lump sum of $50,000 per year.
Sonar Productions llc inc as endorser to U.S. District court Eastern District of New York for a lump sum of $80,000 per year

**Investor:** Desmond M. Witherspoon as investor to U.S. District Court Eastern District of New York for a lump sum of $60,000 per year.
Sonar Productions llc inc as investor to U.S. District court Eastern District of New York for a lump sum of $90,000 per year

**Shareholder:** Desmond M. Witherspoon as shareholder to U.S. District Court Eastern District of New York for a lump sum of $70,000 per year.

Sonar Productions llc inc as shareholder to U.S. District Court Eastern District of New York for a lump sum of $100,000 per year

lifetime gaurentee

Terms and condition are subject to change

U.S. District Court Southern District of New York

Service Agreement

Case number
1:15-cv-04915 LAP

Defendant 10

Sponsor: All court Fees, Unlimited lawsuit amount,

Endorse: Desmond M Witherspoon as endorser to U.S. District Court Southern District of New York for a lump sum of $50,000 per year

Investor: Desmond M. Witherspoon as investor to U.S. District Court Southern District of New York for a lump sum of $60,000 per year

Shareholder: Desmond M. Witherspoon as shareholder to U.S. District Court Southern District of New York for a lump sum $70,000 per year

lifetime gaurente
Terms and Conditions are scheduled to change